UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
GEORGIA SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 4:18-CR-260 |
| ) | |
| DAVID McCLOSKEY, et al. ) | |
| ) | |

## PROTECTIVE ORDER

Upon consideration of the government's Motion for a Protective Order Governing Discovery, and because it is unopposed,[1] the government's Motion is **GRANTED**. Doc. 334. Accordingly, for any discovery provided in this case, such materials must: (1) be used by counsel of record only for purposes of representing his client in this action; (2) be maintained in a safe and secure manner by each counsel of record; (3) not be possessed by the defendants, except in the presence of the defendant's counsel; and (4) not be disclosed in any form by either party in any format outside of this action, to include disclosure on social media.

Such discovery material may be disclosed by counsel only to the following designated persons: (1) investigative, secretarial, clerical, and paralegal personnel; (2) independent expert witnesses, investigators, or advisors retained by counsel of record in connection with this action; (3) other witnesses testifying to the contents of the document or material; and such other persons as

---

[1] *See* S.D. Ga. L. Civ. R. 7.5 (failure to respond to a motion within 14 days is construed as non-opposition); S.D. Ga. L. Crim. R. 1.1 (Civil Rules apply in criminal cases).

2

hereafter may be authorized by the Court upon motion of either party. Counsel of record shall provide a copy of this Protective Order to any designated person to whom they disclose discovery material. Prior to disclosure of discovery material to any designated person, such designated person shall agree to be subject to the terms of the protective order.

**SO ORDERED** this ___31st___ day of January, 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA